IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br>     Plaintiff, <br><br> v. <br><br> DOES 1 – 52, <br><br>     Defendants. | CIVIL ACTION NO. 4:11-cv-4426 <br><br> Judge: Gray H. Miller <br><br><br> **ORDER** |

**ORDER DISMISSING WITHOUT PREJUDICE**

The Court has reviewed Plaintiff's Motion for Dismissal Without Prejudice for all causes of action against all Does.

IT IS ORDERED that this case is hereby DISMISSED without prejudice to refiling.


DATED: _____          _____
                                                                                                         United States District Judge
                                                                                                                                    Gray H. Miller