UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-11-4426 |
| DOES 1-52, | § § | |
| *Defendants*. | § § | |

## ORDER

Plaintiff's motion for dismissal without prejudice (Dkt. 6) is GRANTED. It is therefore ORDERED that this matter is DISMISSED without prejudice.

Signed at Houston, Texas on April 10, 2012.

_____
Gray H. Miller
United States District Judge